BEFORE THE FIRST DIVISION, DECEMBER 15, 1943

**No. 49030.**—Protest 6537–K of Bailey, Green & Elger, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the buckles in question are similar in all material respects to those the subject of *Streamline Button Co., Inc.* v. *United States* (7 Cust. Ct. 138, C. D. 555), the record in which case was incorporated herein. In accordance therewith certain of the buckles were held dutiable at ½ cent each and $\frac{3}{10}$ cent per dozen for each 1 cent the value exceeds 20 cents per dozen, and 25 percent ad valorem, under paragraph 1527 (c) (2), as amended by the said trade agreement. Protest sustained to this extent.

**No. 49031.**—Protest 10389–K of Eitinger Bead Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of articles in imitation of precious or semiprecious stones composed wholly or in chief value of glass and similar in all material respects to the merchandise the subject of Abstract 47818. In accordance therewith the claim at 25 percent under paragraph 1503 and T. D. 49458 was sustained as to certain of the beads.

**No. 49032.**—Protests 18375–K, etc., of Mason Bros. & Tarlin (Boston).

Opinion by OLIVER, P. J. It was stipulated that the clay ducks are similar to those the subject of Abstract 47474, which record was admitted in evidence herein. Following said decision the claim at 45 percent under paragraph 397 was sustained.

**No. 49033.**—Protest 90069–K of Synthetic Patents Co., Inc. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the articles are chemical compounds and that they are homologues of acetone and ethyl methyl ketone they were held dutiable at 20 percent ad valorem under paragraph 3, as claimed.